FILED
2017 MAY -3 PM 5:05
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | Cause No.: SA17CR343XR |
| Plaintiff, | § | |
| | § | **INDICTMENT** |
| v. | § | |
| | § | In violation of: 18 U.S.C. § 922(g), |
| CHRISTOPHER CHRISTENSEN, | § | Possession of a Firearm/Ammunition |
| | § | by a Convicted Felon (Counts 1 and 2) |
| Defendant. | § | |

THE GRAND JURY CHARGES:

COUNT ONE
[18 U.S.C. § 922(g)]

On or about March 20, 2017, in the Western District of Texas, Defendant,

CHRISTOPHER CHRISTENSEN,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit: a Savage, Model 4C, .22 caliber, Bolt Action Rifle, which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g) and 924(a)(2).

COUNT TWO
[18 U.S.C. § 922(g)]

On or about March 20, 2017, in the Western District of Texas, Defendant,

CHRISTOPHER CHRISTENSEN,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit: 103 rounds of 30-06 caliber ammunition, which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g) and 924(a)(2).

## NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE

### I.
### Firearms Violations and Forfeiture Statutes
**[18 U.S.C. § 922(g), subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by 28 U.S.C. § 2461]**

As a result of the foregoing criminal violations set forth in Counts One and Two, the United States of America gives notice to Defendant CHRISTOPHER CHRISTENSEN of its intent to seek the forfeiture of the property described below upon conviction pursuant to FED. R. CRIM. P. 32.2 and 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by 28 U.S.C. § 2461, which states:

**Title 18 U.S.C. § 924. Penalties**
> **(d)(1)** Any firearm or ammunition involved in or used in knowing violation of subsection . . . (g) . . . of section 922, . . . shall be subject to seizure and forfeiture . . . under the provisions of this chapter . . . .

This Notice of Demand for Forfeiture includes but is not limited to the following property:

### II.
### Personal Property

1. Savage, Model 4C, .22 caliber, Bolt Action Rifle; and
2. Any and all ammunition and firearms accessories.

FOREPERSON

RICHARD L. DURBIN, JR
United States Attorney

By: _____
H. JAY HULINGS
Assistant United States Attorney